Susan J. Gill, Bar No. 131890
Julie Rhoades, Bar No. 138027
**GILL & RHOADES LLP**
1660 Union Street, Suite 401
San Diego, CA 92101
Tel: (619) 881-0108 Ext.302
Fax: (619) 239-4621
sgill@gillrhoadeslaw.com
jrhoades@gillrhoadeslaw.com

Attorneys for Plaintiff, LANDMARK AMERICAN INSURANCE COMPANY

UNITED STATE DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LANDMARK AMERICAN INSURANCE COMPANY, an Oklahoma Corporation<br><br>Plaintiff,<br>v.<br><br>IRONSHORE SPECIALTY INSURANCE COMPANY, an Arizona corporation; LIBERTY SURPLUS INSURANCE CORPORATION, a New Hampshire corporation and DOES 1 through 50,Inclusive,<br><br>Defendants. | CASE NO. 2:17-cv-00678-TLN-EFB<br><br>**ORDER DISMISSING WITH PREJUDICE PLAINTIFF LANDMARK AMERICAN INSURANCE COMPANY'S SEVENTH AND NINTH CAUSES OF ACTIONS ONLY** |

Plaintiff Landmark American Insurance Company has agreed to dismiss with prejudice the Seventh Cause of Action and the Ninth Causes of Action ONLY. The Eight Cause of Action for Equitable Contribution against Ironshore Specialty Insurance Company remains.

It is hereby, ORDERED that the Seventh Cause of Action and the Ninth Cause of Action Only are dismissed with prejudice from Plaintiff's Complaint.

IT IS SO ORDERED

Dated: May 30, 2017

_____
Troy L. Nunley
United States District Judge

ORER RE DIMISSAL WITH PREJUDICE OF THE SEVENTH AND NINTH CAUSE OF ACTION ONLY