WILLIAM C. MORISON (No. 99981)
wcm@morisonprough.law
JOANNE M. WENDELL (No. 191785)
jmw@morisonprough.law
MORISON & PROUGH, LLP
2540 Camino Diablo, Suite 100
Walnut Creek, CA 94597
Telephone: (925) 937-9990
Facsimile: (925) 937-3272

Attorneys for Defendant
IRONSHORE SPECIALTY
INSURANCE COMPANY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LANDMARK AMERICAN INSURANCE COMPANY, an Oklahoma corporation,<br><br>Plaintiff,<br><br>v.<br><br>IRONSHORE SPECIALTY INSURANCE COMPANY, an Arizona corporation; LIBERTY SURPLUS INSURANCE CORPORATION, a New Hampshire corporation, and DOES 1 through 50, inclusive,<br><br>Defendants. | No. 2:17-cv-00678-TLN-EFB<br><br>NOTICE OF SETTLEMENT PENDING GOOD FAITH SETTLEMENT MOTION; STIPULATION FOR 60-DAY DISCOVERY STAY AND 45-DAY TO 60-DAY EXTENSION OF CERTAIN DEADLINES; ORDER<br><br>Trial Date: March 25, 2019 |

Defendant Ironshore Specialty Insurance Company ("Ironshore") and Plaintiff Landmark American Insurance Company ("Landmark") have reached a settlement-in-principle. The settlement is conditional on a good faith settlement determination pursuant to California Code of Civil Procedure section 877.6. The settlement is also conditioned on a 45-day stay of previously served discovery between Ironshore and Landmark, and an extension of deadlines for 45 to 60 days permitting Landmark and Ironshore to conserve money and time until the court rules on the section 877.6 motion. Ironshore intends to file that motion today. Liberty Surplus Insurance Corporation ("Liberty") intends to oppose. The requested extension of 45 to 60 days does not include deadlines applicable to the pre-trial conference and trial date. No party seeks to reopen discovery. They seek only to stay certain discovery pending determination of the section 877.6

motion and to extend by 45 to 60 days the time in which the parties may respond to certain previously served discovery, designate experts and rebuttal experts, and file dispositive motions.

The current non-expert discovery deadline is April 30, 2018. In light of the settlement-in-principle and good faith settlement motion, Landmark, Ironshore, and Liberty stipulate and agree as follows.

## STIPULATION

Landmark, Ironshore, and Liberty (the "parties") hereby stipulate and agree that discovery between Landmark and Ironshore may be stayed for 45 days. The parties further agree and stipulate to due dates and deadlines, original and extended, as follows:

| **Outstanding Written Discovery** | **From [Set No.]** | **To** | **Due Date Extended*** |
|---|---|---|---|
| Interrogatories | Ironshore [1] | Landmark | **06/29/2018*** |
| | Landmark [2] | Ironshore | **06/29/2018*** |
| | Landmark [1] | Liberty | 04/22/18 |
| | Liberty [1] [2] | Landmark | 04/17/2018 & 04/18/2018 |
| | Liberty [1] [2] | Ironshore | 04/17/2018 & 04/18/2018 |
| | Ironshore [1] | Liberty | 04/28/18 |
| Requests for Admission | Ironshore [1] | Landmark | **06/29/2018*** |
| | Landmark [1] | Ironshore | **06/29/2018*** |
| | Landmark [1] | Liberty | 04/22/2018 |
| | Ironshore [1] | Liberty | 04/28/2018 |
| Requests for Production of Documents | Ironshore [2] | Landmark | **06/29/2018*** |
| | Landmark [2] | Ironshore | **06/29/2018*** |
| | Landmark [1] | Liberty | 04/22/2018 |
| | Liberty [1] [2] | Landmark | 04/17/2018 & 04/18/2018 |
| | Liberty [2] | Ironshore | 04/17/2018 |
| | Ironshore [1] | Liberty | 04/28/2018 |
| **Scheduled 30(b)(6) Depositions/ Subpoenas/SDTs** | **Noticed By [Original Date Noticed for Deposition]** | | **Extended Deadline*** |
| California Cost Consultants | Ironshore [04/16/18] | | **06/29/2018*** |
| Landmark | Ironshore [04/17/18] | | **06/29/2018*** |
| Mark Lucas (River City Caulking) | Ironshore [04/19/18] | | **06/29/2018*** |
| Liberty | Ironshore [04/30/18] | | **06/29/2018*** |
| Ironshore TPA/ COR | Liberty [04/26/18] | | N/A |

| **Experts/Dispositive Motions** | **Extended Deadline*** |
|---|---|
| Expert Disclosures/Reports | **08/27/2018*** |
| Rebuttal Expert Designation/Reports | **09/14/2018*** |
| Dispositive Motions to be Heard | **12/02/2018*** |

Ironshore, Landmark, and Liberty respectfully request that the Court enter an order approving this stipulation.

Dated: April 13, 2018                    MORISON & PROUGH, LLP

By: /s/ William C. Morison
    William C. Morison

Attorneys for Defendant
IRONSHORE SPECIALTY
INSURANCE COMPANY

Date: April 13, 2018                     GILL & RHOADES LLP

By: /s/ Julie Rhoades
    Susan J. Gill
    Julie Rhoades

Attorneys for Plaintiff
LANDMARK AMERICAN
INSURANCE   COMPANY

Date: April 13, 2018                     BURNHAM BROWN

By: /s/ David H. Waters
    David H. Waters
    Natalie Vu

Attorneys for Defendant
LIBERTY SURPLUS
INSURANCE CORPORATION

Morison & Prough, LLP

- 3 -
NOTICE OF SETTLEMENT, STIPULATION, ORDER
2:17-cv-00678-TLN-EFB

## ORDER

IT IS HEREBY ORDERED for good cause shown that all discovery between Landmark American Insurance Company ("Landmark") and Ironshore Specialty Insurance Company ("Ironshore") is stayed for 45 days from the date of this Order. The deadline for Landmark and Ironshore to respond to all previously served written discovery between Landmark and Ironshore and for Ironshore to conduct all its previously noticed depositions is extended to June 29, 2018; the deadline to disclose experts and produce expert reports is extended to August 27, 2018; the deadline for rebuttal experts and reports is extended to September 14, 2018; and the deadline for dispositive motions to be heard is extended to December 2, 2018. Landmark and Ironshore shall respond to Liberty's previously served written discovery, and Liberty shall respond to Landmark and Ironshore's previously served discovery, by the original due dates set forth in the foregoing stipulation. Liberty's deposition of Specialty Claims Management shall proceed on April 26, 2018.

IT IS SO ORDERED.

Dated: April 19, 2018

Troy L. Nunley
United States District Judge