UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LANDMARK AMERICAN INSURANCE COMPANY, an Oklahoma corporation., <br><br> Plaintiff, <br><br> v. <br><br> IRONSHORE SPECIALTY INSURANCE COMPANY, an Arizona corporation; LIBERTY SURPLUS INSURANCE CORPORATION, a New Hampshire corporation, <br><br> Defendants. | No. 2:17-cv-00678-TLN-EFB <br><br> **ORDER GRANTING DEFENDANT IRONSHORE'S UNOPPOSED MOTION FOR GOOD FAITH SETTLEMENT DETERMINATION** |

This matter is before the Court on Defendant Ironshore Specialty Insurance Company's ("Ironshore") Motion for Good Faith Settlement Determination, (ECF No. 42-1). The Court having considered Ironshore's Motion, Defendant Liberty Surplus Insurance Corporation's Statement of Non-Opposition, (ECF No. 45 at 2), and Plaintiff Landmark American Insurance Company's Statement of Non-Opposition, (ECF No. 46 at 1), IT IS HEREBY ORDERED:

1. The Court GRANTS Ironshore's Motion for Good Faith Settlement Determination, (ECF No. 42-1); and
2. All claims against Ironshore, including without limitation, for contribution,

subrogation, indemnity or reimbursement, arising out of underlying construction defect litigation entitled *The Geweke Family Partnership Limited Partnership v. S. D. Deacon Corp. of Cal.*, *et al.*, Sacramento Superior Court No. 34-2013-00148109, are barred.

IT IS SO ORDERED

Dated: June 25, 2018

Troy L. Nunley
United States District Judge